08 CV 5499

JUDGE BATTS

**FRIEDMAN, JAMES & BUCHSBAUM LLP**
Attorneys for Plaintiff
132 Nassau Street, Suite 900
New York, NY 10038
(212) 233-9385
BF-9219
AB-6475



RECEIVED
JUN 18 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FREDERICK W. JOHNSON III,

           Plaintiff,

-against-

MORAN TOWING AND TRANSPORTATION,
LLC, MORAN TOWING CORPORATION and
MORAN TOWING AND TRANSPORTATION,
INC.,

           Defendants.

------------------------------------------------------------X

**PLAINTIFF DEMANDS
A TRIAL BY JURY**

<u>COMPLAINT</u>

**SEAMAN'S CASE UNDER
THE JONES ACT FOR
PERSONAL INJURIES**

<u>SUITS UNDER SPECIAL RULE FOR SEAMEN TO SUE
WITHOUT SECURITY OR PREPAYMENT OF FEES
FOR THE ENFORCEMENT OF THE LAWS OF THE
UNITED STATES, COMMON AND STATUTORY FOR
THE PROTECTION OF AND FOR THE HEALTH AND
SAFETY OF SEAMEN AT SEA</u>

Plaintiff FREDERICK W. JOHNSON III, complaining of the defendants MORAN TOWING AND TRANSPORTATION, LLC, MORAN TOWING CORPORATION and MORAN TOWING AND TRANSPORTATION, INC., by his attorneys FRIEDMAN, JAMES & BUCHSBAUM LLP, respectfully alleges upon information and belief as follows:

1. At all relevant times, defendant MORAN TOWING AND TRANSPORTATION, LLC was and still is a limited liability company organized and existing pursuant to the laws of Delaware transacting business within the Southern District of New York.

2. At all relevant times, defendant MORAN TOWING CORPORATION was and still is a corporation organized and existing pursuant to the laws of New York transacting business within the Southern District of New York.

3. At all relevant times, defendant MORAN TOWING AND TRANSPORTATION, INC. was a corporation organized and existing pursuant to the laws of Delaware transacting business within the Southern District of New York.

## FIRST COUNT

4. At all relevant times, defendants, or any of them, owned the Tug KIMBERLY TURECAMO.

5. At all relevant times, defendants, or any of them, operated the Tug KIMBERLY TURECAMO.

6. At all relevant times, defendants, or any of them, controlled the Tug KIMBERLY TURECAMO.

7. That at all times and dates hereinafter mentioned, the plaintiff was a member of the crew of the Tug KIMBERLY TURECAMO and an employee of defendants, or any of them.

8. That on or about December 11, 2006, without any fault on the part of the plaintiff, and wholly and solely by reason of the negligence, recklessness and carelessness of defendants, or any of them, and its/their agents, servants and/or

employees, and by reason of the unseaworthiness of the Tug KIMBERLY TURECAMO, plaintiff was caused to sustain injuries.

9.  As a result of the foregoing, the plaintiff was rendered sick, sore, lame and disabled and sustained severe and permanent personal injuries, was and is internally and externally disabled causing him to suffer pain, and for a time he was prevented from attending to his daily labors, thereby losing sums of money which he otherwise would have earned as wages, and has endeavored to be cured of his injuries, and has expended sums of money to maintain himself, and will continue to endure pain and suffering, all to his damage.

10. By reason of the foregoing, plaintiff has been damaged in the sum of SIX MILLION ($6,000,000.00) DOLLARS.

## SECOND COUNT

11. Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 10 as if set forth fully at length herein.

12. Plaintiff is entitled to maintenance, cure, and medical expenses for the period that he was disabled and unable to work in the total sum of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS.

**WHEREFORE**, plaintiff FREDERICK WILLIAM JOHNSON III demands judgment against defendants MORAN TOWING AND TRANSPORTATION, LLC, MORAN TOWING CORPORATION and/or MORAN TOWING AND TRANSPORTATION, INC., on the First Count in the amount of SIX MILLION ($6,000,000.00) DOLLARS; and against defendants MORAN TOWING AND TRANSPORTATION, LLC, MORAN TOWING CORPORATION and/or MORAN

TOWING AND TRANSPORTATION, INC. on the Second Count in the amount of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS, together with the costs, interest and disbursements of this action, and such other and further relief as this Court deems just and proper.

Dated: New York, New York
       June 17, 2008

By:                 FRIEDMAN, JAMES & BUCHSBAUM LLP
                   Attorneys for Plaintiff

Bernard D. Friedman (BF-9219)
Andrew V. Buchsbaum (AB-6475)
132 Nassau Street, Suite 900
New York, NY 10038
(212) 233-9385
bfriedman@friedmanjames.com
abuchsbaum@friedmanjames.com