Jethro M. Eisenstein (JE6848)
PROFETA & EISENSTEIN
14 Wall Street, 22nd Floor
New York, New York 10005-2101
Tel. No.: (212) 577-6500
Fax No.: (212) 577-6702

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------

FREDERICK W. JOHNSON, III,                    08 CV 5499 (DAB)

       Plaintiff,                            RULE 7.1 STATEMENT

    -against-

MORAN TOWING & TRANSPORTATION,
LLC, MORAN TOWING CORPORATION
and MORAN TOWING & TRANSPORTATION,
INC.,

       Defendants.

-----------------------------------

    Pursuant to Rule 7.1, FRCP, the undersigned attorney for defendants Moran Towing & Transportation, LLC, Moran Towing Corporation and Moran Towing & Transportation, Inc. ("Moran"), states that no publicly held corporation owns 10% or more of the stock of Moran.

Dated:    New York, New York
         August 18, 2008

                                _____
                            Jethro M. Eisenstein (JE 6848)