Jethro M. Eisenstein (JE6848)
PROFETA & EISENSTEIN
14 Wall Street, 22nd Floor
New York, New York 10005-2101
Tel. No.: (212) 577-6500
Fax No.: (212) 577-6702

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

| | |
|---|---|
| FREDERICK W. JOHNSON, III, | 08 CV 5499 (DAB) |
| Plaintiff, | ANSWER |
| -against- | |
| MORAN TOWING & TRANSPORTATION, LLC, MORAN TOWING CORPORATION and MORAN TOWING & TRANSPORTATION, INC., | |
| Defendants. | |

------------------------------------

Defendants, Moran Towing & Transportation, LLC, Moran Towing Corporation and Moran Towing & Transportation, Inc., by their attorneys, Profeta & Eisenstein, as and for their answer, states as follows upon information and belief:

1. Admit the allegations contained in paragraph 1 of the Complaint.

2. Admit the allegations contained in paragraph 2 of the Complaint.

3. Admit the allegations contained in paragraph 3 of the Complaint.

4. Admit the allegations contained in paragraph 4 of the Complaint.

5. Admit the allegations contained in paragraph 5 of the Complaint.

6. Admit the allegations contained in paragraph 6 of the Complaint.

7. Admit the allegations contained in paragraph 7 of the Complaint.

8. Deny the allegations contained in paragraph 8 of the Complaint.

9. Deny the allegations contained in paragraph 9 of the Complaint.

10. Deny the allegations contained in paragraph 10 of the Complaint.

11. With respect to the allegations repeated and realleged in the paragraph 11 of the Complaint, defendants make the same admissions and denials as if herein set forth at length.

12. Deny the allegations contained in paragraph 12 of the Complaint.

AFFIRMATIVE DEFENSES

13. Plaintiff has heretofore been paid any and all sums due him as and for maintenance and cure.

14. Plaintiff's injury was caused or contributed to by his own failure to exercise due care.

WHEREFORE, defendants pray for judgment dismissing the Complaint with the costs and disbursements of this action.

Dated:   New York, New York
         August 18, 2008

                            Respectfully submitted,

                            PROFETA & EISENSTEIN
                            Attorneys for Defendants

                            _____
                            Jethro M. Eisenstein (JE 6848)
                            A Member of the Firm
                            14 Wall Street, 22nd Floor
                            New York, New York 10005-2101
                            (212) 577-6500

TO:

FRIEDMAN, JAMES & BUCHSBAUM, LLP
Attorneys for Plaintiff
132 Nassau Street, Suite 900
New York, New York 10038